# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**RELIABLE CARRIERS, INC.,**

      **Plaintiff,**　　　　　　　　　　Case No. 13-14666
vs.　　　　　　　　　　　　　　　　　HONORABLE DENISE PAGE HOOD

**RELIABLE CARRIERS, INC.,**

      **Defendant.**

_____/

## ORDER DISMISSING ACTION

On April 1, 2014, Plaintiff filed a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a). Accordingly,

IT IS ORDERED that this action is DISMISSED without prejudice under Fed. R. Civ. P. 41(a)(A)(i).

                      S/Denise Page Hood
                      Denise Page Hood
                      United States District Judge

Dated: May 9, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 9, 2014, by electronic and/or ordinary mail.

                      S/LaShawn R. Saulsberry
                      Case Manager